1 Stuart M. Price (SNB: 150439)
2 PRICE LAW GROUP, APC
  6345 Balboa Blvd., Suite 247
3 Encino, CA 91316
  P: 818-600-5564
4 stuart@pricelawgroup.com
5 *Attorneys for Plaintiff,*
  *Arlene Fisher*
6

7 **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
8

9  | ARLENE FISHER, | Case No.: 2:17-cv-02192-VAP-AGR |
10 |                |                                 |
11 | Plaintiff, vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
12 | SYNCHRONY BANK, et al. |                         |
13 | Defendants.    |                                 |

14   Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Arlene Fisher and
15 Defendants Synchrony Bank ("Synchrony") and Allied Interstate, LLC ("Allied"), by and
16 through undersigned counsel, hereby stipulate that this action and all claims and defenses
17 asserted therein be dismissed with prejudice as to Synchrony and Allied. The parties have
18 further stipulated that each party shall bear their own attorneys' fees, costs, and expenses.
19   Respectfully submitted this 14th day of December 2018.
20

21 | PRICE LAW GROUP, APC | REED SMITH, LLP |
22 | By: */s/ Stuart M. Price* | By: */s/ Zachary C. Frampton* |
23 | Stuart M. Price (SNB: 150439) | Zachary C. Frampton (SBN 303225) |
   | stuart@pricelawgroup.com | 355 South Grand Avenue, Suite 2900 |
24 |                               | Los Angeles, CA 90071-1514 |
25 | *Attorneys for Plaintiff* | P: 213-457-8000 |
   | *Arlene Fisher* | zframpton@reedsmith.com |
26 |                               |                                 |
27 |                               | *Attorneys for Defendant* |
   |                               | *Synchrony Bank* |
28

- 1 -

## ECF SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4, I, Stuart Price, hereby certify that the content of this document is acceptable to Zachary C. Frampton, counsel for Defendant Synchrony Bank, and I have obtained Mr. Frampton's authorization to affix their electronic signature to this document.

PRICE LAW GROUP, APC

*/s/ Stuart M. Price*
Stuart M. Price

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

PRICE LAW GROUP, APC

*/s/ Florence Lirato*
Florence Lirato