1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

9
10
11
12
13
14

ARLENE FISHER,

          Plaintiff,

  vs.

SYNCHRONY BANK, et al.

          Defendants.

Case No.: 2:17-cv-02192-VAP-AGR

~~[PROPOSED]~~ **ORDER**

15
16

     Upon review of the Parties' Stipulation for Dismissal with Prejudice of Defendants Synchrony Bank and Allied Interstate LLC, and good cause appearing,

17

     **IT IS ORDERED** that the Stipulation is **GRANTED**.

18
19
20

     The above-entitled matter is hereby dismissed with prejudice, as to Synchrony Bank and Allied Interstate LLC, with the parties to bear their own attorneys' fees, costs, and expenses.

21

     **IT IS SO ORDERED.**

22
23
24

Dated: December 20, 2018.

25

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

26
27
28

- 1 -